# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH LAWRENCE**                                                           **PLAINTIFF**

**v.**                          Case No. 4:18-cv-00928-KGB

**DARON EVANS**                                                               **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 36). The parties request that all claims, including the complaint and any counterclaims, cross-claims, and third-party claims, be dismissed with prejudice. For good cause shown, the Court grants the stipulation of dismissal with prejudice and dismisses with prejudice all claims, counterclaims, cross-claims, and third-party claims in this action. The Court denies as moot all other pending motions (Dkt. Nos. 12, 14, 19, 20, 31).

It is so ordered, this 21st day of January, 2020.

_____
Kristine G. Baker
United States District Judge